UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-cr-0112-SEB-MJD |
| | ) | |
| JERELLE GATLIN, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On April 27, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 26, 2016. Defendant Gatlin appeared in person with his appointed counsel Dominic Martin. The government appeared by Jeff Preston, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer James Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Gatlin of his rights and ensured he had a copy of the Petition. Defendant Gatlin orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Gatlin admitted violations 1 and 2 as set forth in the Petition. [Docket No. 5.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

1   **"The defendant shall not commit another federal, state, or local crime."**

On July 3, 2016, the offender was arrested for Possession of a Narcotic Drug. A probable cause affidavit from the Tippecanoe Prosecutors Office indicates an Indiana State Police Trooper conducted a traffic stop on a vehicle in the Lafayette area, which was found to be operated by RC Gatlin. RC was later determined to be the offender's brother. The offender was observed in the back passenger seat. RC indicated to officers he was traveling back to Kokomo from the Chicago area. During the traffic stop it was determined neither RC [n]or the offender owned the vehicle. The vehicle was searched and troopers discovered two baggies containing heroin, one located where the offender was sitting and one in the area of his brother. In addition, while being processed at the jail the offender turned over another baggie containing heroin, all totaling 150 grams. Additionally, the offender indicated to the troopers he had traveled to the Chicago area with his brother on multiple off occasions over the last four months to purchase heroin. He stated his brother would give him heroin in return for transporting him. On July 3, 2016, the offender was released on bond. On July 8, 2016, the offender was formally charged via an Information with Dealing in a Narcotic Drug, Conspiracy to Commit Dealing in a Narcotic Drug, and possession of a Narcotic Drug, all felonies, under cause number 79D02-1607-FC-00018. On July 12, 2016, a warrant was issued and remains active.

2   **"The defendant shall not leave the judicial district without the permission of the court or the probation officer."**

On July 3, 2016, the offender was arrested in the Northern District of Indiana. In addition, he reported to the arresting troopers he had been traveling to the Chicago area for a few months, all of which had not been approved by the probation officer.

4. The Court finds that:

   (a) The highest grade of violation is a Grade A violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 24 months' imprisonment.

5. The parties jointly recommended a sentence of twenty-four (24) months to be served concurrently to the sentence received by Defendant in Indiana Cause Number 79D02-1607-F2-00018 with no supervised release to follow.  The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition as alleged, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months, such sentence to be served concurrently to the sentence received by Defendant in Indiana Cause Number 79D02-1607-F2-00018, with no supervised release to follow.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 1 MAY 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal

3